

# NUMBER 13-25-00129-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

VICTORY INTERNATIONAL (USA) LLC,                                    **Appellant,**

**v.**

GOLD PALACE AND MIKE TEWANI,
INDIVIDUALLY, D/B/A GOLD PALACE,                                    **Appellees.**

## ON APPEAL FROM THE 398TH DISTRICT COURT
## OF HIDALGO COUNTY, TEXAS

## MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Cron
Memorandum Opinion by Justice West**

This matter is before the Court on appellant's unopposed motion to reinstate and dismiss. On April 10, 2025, we abated the appeal pending a potential settlement. The parties have resolved this matter by agreement, and appellant now requests that the appeal be dismissed.

The Court, having considered the motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's unopposed motion to

reinstate and dismiss is granted, and the appeal is hereby reinstated and dismissed. In accordance with the unopposed motion, and the parties' apparent agreement, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
5th day of June, 2025.